IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50084
Conference Calendar
_____

KELGER KING,

Plaintiff-Appellant,

versus

K. LOVE, Doctor, Boyd Unit;
M. Wright, PA, Boyd Unit;
Jay T. Morgan, Warden, Boyd Unit;
UNIDENTIFIED BROOKS, Nurse, Boyd Unit;
J. NEIHMAS, Nurse, Boyd Unit;
UNIDENTIFIED JONES, Nurse, Boyd Unit,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-96-CV-82
- - - - - - - - - -
February 11, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Kelger King, Texas prisoner # 628021, is BARRED from proceeding in forma pauperis ("IFP") under the Prison Litigation Reform Act of 1995 ("PLRA") because, on at least three prior occasions while incarcerated, King has brought an action or appeal in a United States court that was dismissed as frivolous.

---

[*]This matter is being decided by a quorum.  28 U.S.C. § 46(d).

[**]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See Ruiz, et al. and King v. Estelle, No. 96-20163 (5th Cir. Apr. 2, 1997)(unpublished)(appeal dismissed as frivolous); King v. Scott, No. 97-40447 (5th Cir. Aug. 15, 1997) (unpublished) (complaint dismissed as frivolous in the district court; appeal dismissed as frivolous); see also 28 U.S.C. § 1915(g); Adepeqba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996). Accordingly, King's IFP status is DECERTIFIED, and he may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

This appeal is DISMISSED. King has 15 days from the date of this opinion to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED. APPEAL DISMISSED.